CRIMINAL COVER SHEET

FILED
U.S. DISTRICT COURT

SEALED

USAO - Rev. 4/25_by

PLACE OF OFFENSE: DISTRICT OF NEBRASKA RELATED CASE INFORMATION:

2025 AUG 11 PM 2: 43

CITY: Omaha

COUNTY: Douglas

OFFICE OF THE CLERK

- [ ] Superseding Indictment
- [ ] Indictment/Information Pending vs Same Defendant
- [x] New Defendant

Magistrate Case Number: 4:25MJ3187

R20/R40 from District of:

Related to:

## DEFENDANT INFORMATION:

| | |
|---|---|
| **NAME:** | **KETANKUMAR BABUBHAI CHAUDHARI** |
| **ALIAS:** | **Ken Chaudhari** |
| **ADDRESS:** | **2306 N. 182nd Avenue, Elkhorn, Nebraska** |

| SSN: | 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 | DOB: 11-18-1988 | [x] MALE [ ] FEMALE [ ] ALIEN |
|---|---|---|---|

| | | |
|---|---|---|
| [x] COMPLAINT | AUSA: | Danielle Fliam |
| [ ] INFORMATION | AGENT: | Rachel Sullivan |
| [ ] INDICTMENT | AGENCY: | FBI  [x] FBI |
| | TRIAL: | [ ] OMAHA  [x] LINCOLN  [ ] NORTH PLATTE |

**U.S.C. CITATIONS:** LEAD COUNT: 18 U.S.C. § 1594; 18 U.S.C. § 1591    COUNT NO.  1

| COUNT # / CODE | DESCRIPTION OF OFFENSE CHARGED | MAXIMUM PUNISHMENT |
|---|---|---|
| CT 1: 18 U.S.C. § 1594; 18 U.S.C. § 1591 | Conspiracy to Engage in Sex Trafficking | Life/ $250,000 Fine / NMT 5 yrs TSR / $100SA |
| CT 2: 18 U.S.C. § 1589 | Conspiracy to engage in forced labor | 20 yrs / $250,000 Fine / NMT 5 yrs TSR / $100SA |
| CT 3: 18 U.S.C. § 371; 18 U.S. C. § 1546(a) | Conspiracy to Defraud the United States by Fraud and Misuse of Visas, Permits and other documents | 20 yrs / $250,000 Fine / NMT 3 yrs TSR / $100SA |
| CT 4: 8 U.S.C. § 1324(a)(1)(A)(ii) | Conspiracy Related to Transporting Illegal Aliens | 5 yrs /$100,000 Fine /NMT 1 yr TSR /$100SA |

| | | |
|---|---|---|
| [ ] PETTY | [ ] MISDEMEANOR: | [ ] CLASS A/CLASS B - NON-MOTOR |
| [ ] MINOR | | [ ] CLASS B - MOTOR |
| [x] FELONY | [ ] FORFEITURE | [ ] CLASS C - VEHICLE/INFRACTION |

## LOCATION STATUS

- [x] WARRANT  [ ] OCDETF
- [ ] SUMMONS
- [ ] ALREADY IN FEDERAL CUSTODY AS OF:
- [ ] ALREADY IN STATE CUSTODY IN:
- [ ] ON PRETRIAL RELEASE
- [x] INTERPRETER NEEDED?  LIST LANGUAGE AND/OR DIALECT: Gujarati

ARREST DATE:

COPY USA

INDICTMENT - CONTINUATION SHEET

| COUNT # / CODE | DESCRIPTION OF OFFENSE CHARGED | MAXIMUM PUNISHMENT |
|---|---|---|
| CT 5: 8 U.S.C. § 1324(a)(1)(A)(iii) | Conspiracy Related to Harboring Illegal Aliens | 5 yrs /$100,000 Fine /NMT 1 yr TSR / $100SA |
| CT 6: 18 U.S.C. § 1071 | Concealing Person from Arrest | 1 yr /$100,000 Fine /NMT 1 yr TSR /$100SA |
| CT 7: 21 U.S.C. § 856 | Maintaining drug-involved premises | 20 yrs /$500,000 Fine /NMT 3 yrs TSR / $100SA |
| CT 8: | | |
| CT 9: | | |
| CT 10 | | |
| CT 11 | | |
| CT 12 | | |
| CT 13 | | |
| CT 14 | | |
| CT 15 | | |
| CT 16 | | |
| CT 17 | | |
| CT 18 | | |
| CT 19 | | |
| CT 20 | | |

## CRIMINAL COVER SHEET

**SEALED**

USAO - Rev. 4/25_by

**PLACE OF OFFENSE:**

CITY: Omaha

COUNTY: Douglas

**RELATED CASE INFORMATION:**

☐ Superseding Indictment       ☒ New Defendant

☐ Indictment/Information Pending vs Same Defendant

Magistrate Case Number:   4:25MJ3187

R20/R40 from District of:

Related to:

**DEFENDANT INFORMATION:**

NAME:    **AMIT BABUBHAI CHAUDHARI**

ALIAS:   **Matt**

ADDRESS:  **10728 L Street, Omaha, Nebraska**

SSN:                          DOB:   **10-25-1991**      ☒ MALE   ☐ FEMALE   ☐ ALIEN

| | | | |
|---|---|---|---|
| ☒ COMPLAINT | AUSA: | Danielle Fliam | |
| ☐ INFORMATION | AGENT: | Rachel Sullivan | |
| ☐ INDICTMENT | AGENCY: | FBI | ☒ FBI |
| | TRIAL: | ☐ OMAHA   ☒ LINCOLN   ☐ NORTH PLATTE | |

**U.S.C. CITATIONS:**     LEAD COUNT: 18 U.S.C. § 1594; 18 U.S.C. § 1591       COUNT NO.   1

| COUNT # / CODE | DESCRIPTION OF OFFENSE CHARGED | MAXIMUM PUNISHMENT |
|---|---|---|
| CT 1: 18 U.S.C. § 1594; 18 U.S.C. § 1591 | Conspiracy to Engage in Sex Trafficking | Life/ $250,000 Fine / NMT 5 yrs TSR / $100SA |
| CT 2: 18 U.S.C. § 1589 | Conspiracy to engage in forced labor | 20 yrs / $250,000 Fine / NMT 5 yrs TSR / $100SA |
| CT 3: | Not Charged | |
| CT 4: | Not Charged | |

☐ PETTY                    ☐ MISDEMEANOR:             ☐ CLASS A/CLASS B - NON-MOTOR

☐ MINOR                                                 ☐ CLASS B - MOTOR

☒ FELONY                   ☐ FORFEITURE              ☐ CLASS C - VEHICLE/INFRACTION

**LOCATION STATUS**

☒ WARRANT      ☐ OCDETF                              ARREST DATE:

☐ SUMMONS

☐ ALREADY IN FEDERAL CUSTODY AS OF:

☐ ALREADY IN STATE CUSTODY IN:

☐ ON PRETRIAL RELEASE

☒ INTERPRETER NEEDED?    LIST LANGUAGE AND/OR DIALECT: Gujarati

INDICTMENT - CONTINUATION SHEET

| COUNT # / CODE | DESCRIPTION OF OFFENSE CHARGED | MAXIMUM PUNISHMENT |
|---|---|---|
| CT 5: | Not Charged | |
| CT 6: 18 U.S.C. § 1071 | Concealing Person from Arrest | 1 yr /$100,000 Fine /NMT 1 yr TSR /$100SA |
| CT 7: 21 U.S.C. § 856 | Maintaining drug-involved premises | 20 yrs /$500,000 Fine /NMT 3 yrs TSR / $100SA |
| CT 8: | | |
| CT 9: | | |
| CT 10 | | |
| CT 11 | | |
| CT 12 | | |
| CT 13 | | |
| CT 14 | | |
| CT 15 | | |
| CT 16 | | |
| CT 17 | | |
| CT 18 | | |
| CT 19 | | |
| CT 20 | | |

# CRIMINAL COVER SHEET

SEALED

USAO - Rev. 4/25_by

| RELATED CASE INFORMATION: | |
|---|---|
| ☐ Superseding Indictment | ☒ New Defendant |
| ☐ Indictment/Information Pending vs Same Defendant | |

**PLACE OF OFFENSE:**

CITY: Omaha

COUNTY: Douglas

Magistrate Case Number:   4:25MJ3187

R20/R40 from District of:

Related to:

## DEFENDANT INFORMATION:

**NAME:**    AMIT PRAHLADBHAI CHAUDHARI

**ALIAS:**    Amit

**ADDRESS:**  9305 S. 145th Street, Omaha, Nebraska

**SSN:**                          **DOB:**  6-1-1993       ☒ MALE   ☐ FEMALE   ☐ ALIEN

| | | |
|---|---|---|
| ☒ COMPLAINT | AUSA: | Danielle Fliam |
| ☐ INFORMATION | AGENT: | Rachel Sullivan |
| ☐ INDICTMENT | AGENCY: | FBI                         ☒ FBI |
| | TRIAL: | ☐ OMAHA   ☒ LINCOLN   ☐ NORTH PLATTE |

**U.S.C. CITATIONS:**   LEAD COUNT: 18 U.S.C. § 1594; 18 U.S.C. § 1591        COUNT NO.    1

| COUNT # / CODE | DESCRIPTION OF OFFENSE CHARGED | MAXIMUM PUNISHMENT |
|---|---|---|
| CT 1: | Not Charged | |
| CT 2: 18 U.S.C. § 1589 | Conspiracy to engage in forced labor | 20 yrs / $250,000 Fine / NMT 5 yrs TSR / $100SA |
| CT 3: | Not Charged | |
| CT 4: 8 U.S.C. § 1324(a)(1)(A)(ii) | Transporting Illegal Aliens | 5 yrs /$100,000 Fine /NMT 1 yr TSR /$100SA |

| | | |
|---|---|---|
| ☐ PETTY | ☐ MISDEMEANOR: | ☐ CLASS A/CLASS B - NON-MOTOR |
| ☐ MINOR | | ☐ CLASS B - MOTOR |
| ☒ FELONY | ☐ FORFEITURE | ☐ CLASS C - VEHICLE/INFRACTION |

## LOCATION STATUS

☒ WARRANT       ☐ OCDETF                          ARREST DATE:

☐ SUMMONS

☐ ALREADY IN FEDERAL CUSTODY AS OF:

☐ ALREADY IN STATE CUSTODY IN:

☐ ON PRETRIAL RELEASE

☒ INTERPRETER NEEDED?    LIST LANGUAGE AND/OR DIALECT: Gujarati

INDICTMENT - CONTINUATION SHEET

| COUNT # / CODE | DESCRIPTION OF OFFENSE CHARGED | MAXIMUM PUNISHMENT |
|---|---|---|
| CT 5: 8 U.S.C. § 1324(a)(1)(A)(iii) | Conspiracy Related to Harboring Illegal Aliens | 5 yrs /$100,000 Fine /NMT 1 yr TSR / $100SA |
| CT 6: | Not Charged | |
| CT 7: 21 U.S.C. § 856 | Maintaining drug-involved premises | 20 yrs /$500,000 Fine /NMT 3 yrs TSR / $100SA |
| CT 8: | | |
| CT 9: | | |
| CT 10 | | |
| CT 11 | | |
| CT 12 | | |
| CT 13 | | |
| CT 14 | | |
| CT 15 | | |
| CT 16 | | |
| CT 17 | | |
| CT 18 | | |
| CT 19 | | |
| CT 20 | | |

# CRIMINAL COVER SHEET    **SEALED**    USAO - Rev. 4/25_by

| PLACE OF OFFENSE: | RELATED CASE INFORMATION: |
|---|---|

**PLACE OF OFFENSE:**

CITY: Omaha

COUNTY: Douglas

**RELATED CASE INFORMATION:**

☐ Superseding Indictment          ☒ New Defendant

☐ Indictment/Information Pending vs Same Defendant

Magistrate Case Number:   4:25MJ3187

R20/R40 from District of:

Related to:

## DEFENDANT INFORMATION:

**NAME:**      MAHESHKUMAR CHAUDHARI

**ALIAS:**     Mahesh

**ADDRESS:**   402 Blaine Street, Norfolk, NE 68701

**SSN:**       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          **DOB:**   6/1/1987          ☒ MALE    ☐ FEMALE    ☐ ALIEN

| | | |
|---|---|---|
| ☒ COMPLAINT | AUSA: | Danielle Fliam |
| ☐ INFORMATION | AGENT: | Rachel Sullivan |
| ☐ INDICTMENT | AGENCY: | FBI          ☒ FBI |
| | | TRIAL:    ☐ OMAHA    ☒ LINCOLN    ☐ NORTH PLATTE |

**U.S.C. CITATIONS:**    LEAD COUNT: 18 U.S.C. § 1594; 18 U.S.C. § 1591          COUNT NO.    1

| COUNT # / CODE | DESCRIPTION OF OFFENSE CHARGED | MAXIMUM PUNISHMENT |
|---|---|---|
| CT 1: | Not Charged | |
| CT 2: | Not Charged | |
| CT 3: 18 U.S.C. § 1546(a) | Conspiracy to Defraud the United States by fraud and Misuse of Visas, Permits and other documents | 20 yrs / $250,000 Fine / NMT 3 yrs TSR / $100SA |
| CT 4: 8 U.S.C. § 1324(a)(1)(A)(ii) | Conspiracy Related to Transporting Illegal Aliens | 5 yrs /$100,000 Fine /NMT 1 yr TSR /$100SA |

| | | |
|---|---|---|
| ☐ PETTY | ☐ MISDEMEANOR: | ☐ CLASS A/CLASS B - NON-MOTOR |
| ☐ MINOR | | ☐ CLASS B - MOTOR |
| ☒ FELONY | ☐ FORFEITURE | ☐ CLASS C - VEHICLE/INFRACTION |

## LOCATION STATUS

☒ WARRANT    ☐ OCDETF    [                ]          ARREST DATE:

☐ SUMMONS

☐ ALREADY IN FEDERAL CUSTODY AS OF:

☐ ALREADY IN STATE CUSTODY IN:

☐ ON PRETRIAL RELEASE

☒ INTERPRETER NEEDED?    LIST LANGUAGE AND/OR DIALECT: Gujarati

## INDICTMENT - CONTINUATION SHEET

| COUNT # / CODE | DESCRIPTION OF OFFENSE CHARGED | MAXIMUM PUNISHMENT |
|---|---|---|
| CT 5: | Not Charged | |
| CT 6: | Not Charged | |
| CT 7: | Not Charged | |
| CT 8: | | |
| CT 9: | | |
| CT 10 | | |
| CT 11 | | |
| CT 12 | | |
| CT 13 | | |
| CT 14 | | |
| CT 15 | | |
| CT 16 | | |
| CT 17 | | |
| CT 18 | | |
| CT 19 | | |
| CT 20 | | |

## CRIMINAL COVER SHEET

**SEALED**

USAO - Rev. 4/25_by

**PLACE OF OFFENSE:**

CITY: Omaha

COUNTY: Douglas

**RELATED CASE INFORMATION:**

☐ Superseding Indictment          ☒ New Defendant

☐ Indictment/Information Pending vs Same Defendant

Magistrate Case Number:   4:25MJ3187

R20/R40 from District of:

Related to:

**DEFENDANT INFORMATION:**

NAME:      **RASHMI AJIT SAMANI**

ALIAS:     **Falguni Samani**

ADDRESS:   **2306 N. 182nd Avenue, Elkhorn, Nebraska**

SSN:       **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**          DOB:  **3/7/1983**          ☐ MALE  ☒ FEMALE  ☐ ALIEN

☒ COMPLAINT          AUSA:    Danielle Fliam

☐ INFORMATION        AGENT:   Rachel Sullivan

☐ INDICTMENT         AGENCY:  FBI                                          ☒ FBI

                              TRIAL:   ☐ OMAHA    ☒ LINCOLN    ☐ NORTH PLATTE

**U.S.C. CITATIONS:**   LEAD COUNT: 18 U.S.C. § 1594; 18 U.S.C. § 1591          COUNT NO.   1

| COUNT # / CODE | DESCRIPTION OF OFFENSE CHARGED | MAXIMUM PUNISHMENT |
|---|---|---|
| CT 1: 18 U.S.C. § 1594; 18 U.S.C. § 1591 | Conspiracy to Engage in Sex Trafficking | Life/ $250,000 Fine / NMT 5 yrs TSR / $100SA |
| CT 2: 18 U.S.C. § 1589 | Conspiracy to engage in forced labor | 20 yrs / $250,000 Fine / NMT 5 yrs TSR / $100SA |
| CT 3: 18 U.S.C. § 371; 18 U.S.C. § 1546(a) | Conspiracy to Defraud the United States by fraud and Misuse of Visas, Permits and other documents | 20 yrs / $250,000 Fine / NMT 3 yrs TSR / $100SA |
| CT 4: 8 U.S.C. § 1324(a)(1)(A)(ii) | Conspiracy Related to Transporting Illegal Aliens | 5 yrs /$100,000 Fine /NMT 1 yr TSR /$100SA |

☐ PETTY

☐ MINOR

☒ FELONY

☐ MISDEMEANOR:

☐ FORFEITURE

☐ CLASS A/CLASS B - NON-MOTOR

☐ CLASS B - MOTOR

☐ CLASS C - VEHICLE/INFRACTION

**LOCATION STATUS**

☒ WARRANT      ☐ OCDETF                              ARREST DATE:

☐ SUMMONS

☐ ALREADY IN FEDERAL CUSTODY AS OF:

☐ ALREADY IN STATE CUSTODY IN:

☐ ON PRETRIAL RELEASE

☒ INTERPRETER NEEDED?      LIST LANGUAGE AND/OR DIALECT: Gujarati

INDICTMENT - CONTINUATION SHEET

| COUNT # / CODE | DESCRIPTION OF OFFENSE CHARGED | MAXIMUM PUNISHMENT |
|---|---|---|
| CT 5: 8 U.S.C. § 1324(a)(1)(A)(iii) | Conspiracy Related to Harboring Illegal Aliens | 5 yrs /$100,000 Fine /NMT 1 yr TSR / $100SA |
| CT 6: 18 U.S.C. § 1071 | Concealing Person from Arrest | 1 yr /$100,000 Fine /NMT 1 yr TSR /$100SA |
| CT 7: 21 U.S.C. § 856 | Maintaining drug-involved premises | 20 yrs /$500,000 Fine /NMT 3 yrs TSR / $100SA |
| CT 8: | | |
| CT 9: | | |
| CT 10 | | |
| CT 11 | | |
| CT 12 | | |
| CT 13 | | |
| CT 14 | | |
| CT 15 | | |
| CT 16 | | |
| CT 17 | | |
| CT 18 | | |
| CT 19 | | |
| CT 20 | | |