IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>    v.<br><br>RASHMI AJIT SAMANI,<br>    Defendant. | CASE NO.: 4:25-mj-03187-JMD-2<br><br>**ENTRY OF APPEARANCE OF COUNSEL** |

COMES NOW, Renee L. Mathias of Shapiro Riha Law, LLP., and enters her appearance on behalf of RASHMI AJIT SAMANI, Defendant herein, in the above-captioned criminal matter. Counsel respectfully requests notice of all further proceedings herein.

DATED this 13th day of August 2025.

        Respectfully submitted,
        RASHMI AJIT SAMANI, Defendant.

        /s/ Renee L. Mathias
        Renee L. Mathias, # 23040
        SHAPIRO RIHA LAW, LLP
        1001 Farnam St., Third Floor
        Omaha, NE  68102
        (402) 341-0700
        rmathias@theomahalawyers.com
        Lawyer for Defendant

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was served upon the Assistant U.S. Attorney by electronically servicing a copy of the same via CM/ECF, on this 13th day of August 2025.

                                             /s/ Renee L Mathias
                                             Renee L. Mathias, # 23040