IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Action No. 4:25MJ3187 |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | **MOTION TO WITHDRAW** |
| vs. ) | |
| ) | |
| RASHMI SAMANI, ) | |
| ) | |
| Defendant. ) | |

COMES NOW, Tregg R. Lunn, and moves the Court for an order granting him leave to withdraw as counsel for Defendant Rashmi Samani and shows this Court:

1. Defendant has hire counsel and that Counsel has filed an Entry of Appearance (Filing No. 18).

WHEREFOR, Tregg R. Lunn seeks an Order granting him leave to withdraw as counsel for Defendant Rashmi Samani.

Dated this 13th day of August 2025.

Respectfully submitted,

/s/Tregg Lunn
Tregg Lunn #22999
Law Office of Tregg Lunn
701 P Street, Suite 304
Lincoln, NE 68508
(402) 730-7021
tregg@tregglunnlaw.com

**CERTIFICATE OF SERVICE**

    I hereby certify that I have duly served this motion on the 13th day of August 2025 by electronic delivery upon counsel for the United States.