IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>RASHMI AJIT SAMANI,<br><br>Defendants. | 4:25MJ3187<br><br>**ORDER** |

IT IS ORDERED:

1) The motion of Tregg R. Lunn to withdraw as counsel of record for Defendant, (Filing No. 19), is granted.

2) Defendant's newly retained counsel, Renee L. Mathias, shall promptly notify Defendant of the entry of this order.

3) The clerk shall delete Tregg R. Lunn from any future ECF notifications herein.

Dated this 13th day of August, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge