Name of Defendant: <u>RASHMI AJIT SAMANI</u>

# NOTICE

### For All Foreign Nationals Except Those from "Mandatory Notification" Countries

As a non-U.S. citizen who is being arrested or detained, you may request that we notify your country's consular officers here in the United States of your situation. You may also communicate with your consular officers. A consular officer may be able to help you obtain legal representation, and may contact your family and visit you in detention, among other things. If you want us to notify your consular officers, you can request this notification now, or at any time in the future. Do you want us to notify your consular officers at this time?

Yes __X__    No _____

Date: __8/13/2025__

_____
Jacqueline M. DeLuca
United States Magistrate Judge